STATE of Missouri, Respondent,

v.

**Lonnie Eugene REAVES, Appellant.**

**No. WD 33709.**

Missouri Court of Appeals,
Western District.

Jan. 24, 1984.

J. Armin Rust, Regional Public Defender, Farrell D. Hockemeier, Asst. Public Defender, Lexington, for appellant.

John Ashcroft, Atty. Gen., Mary Stewart Tansey, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM:

The defendant appeals from jury convictions for robbery in the first degree and burglary in the first degree and from the concurrent sentences of fifteen and ten years imposed.

The judgment is affirmed. Rule 30.25(b).